UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-5965-MWF(ASx)** | Dated: | **September 20, 2022** |
| Title: | Mario Carrasco -v- City of Glendora, et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Not Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

In light of the Notice of Settlement [19] filed September 19, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for November 14, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs