JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CARRASCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENDORA, MATT EGAN, in his official capacity as Glendora Chief of Police, CHRIS STABIO, in his official capacity as Lieutenant of the Glendora Police Department, DYLAN PAULSON, DYLAN GIGLIOBIANCO, AND MARK REYES,<br><br>Defendants. | Case No: CV 21-5965-MWF(ASx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal of Action With Prejudice (Docket No. 69), and for good cause shown, IT IS HEREBY ORDERED that the case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 23, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge